IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **VERONICA ROEDERER**<br>12297 Cleo Road<br>Orient, OH 43146 | : <br> : <br> : | Case No.: 2:14CV1536 |
| | : | Judge: Watson |
| **Plaintiff,** | : <br> : | Magistrate: Kemp |
| vs. | : <br> : | |
| **UNUM GROUP CORPORATION**<br>c/o Statutory Agent<br>CSC-Lawyers Incorporating Service<br>50 West Broad Street, Suite 1800<br>Columbus, OH 43215 | : <br> : <br> : <br> : <br> : | |
| and | : <br> : | |
| **ALERE HEALTH**<br>**IMPROVEMENT COMPANY**<br>c/o Statutory Agent<br>CSC-Lawyers Incorporating Service<br>50 West Broad Street, Suite 1800<br>Columbus, OH 43215 | : <br> : <br> : <br> : <br> : <br> : | |
| **Defendants.** | : | |

## STIPULATION TO AMEND COMPLAINT

Plaintiff, Veronica Roederer, and Defendant, Unum Group Corporation, by and through counsel, and pursuant to Fed. R. Civ. P. 15(a)(2), agree that Plaintiff may file her Amended Complaint for the purpose of substituting Unum Life Insurance Company of America as defendant.

Respectfully submitted,

1

*Brett K Bacon* per email auth  11/11/14   *Matthew R Copp*
_____                    _____
**BRETT K. BACON (0022826)**                  **MATTHEW R. COPP (0063287) – Trial**
Frantz Ward, LLP                              **Attorney**
2500 Key Center, 127 Public Square            Copp Law Offices
Cleveland, OH 44114                           2291 Scioto Harper Drive
216.515.1613                                  Columbus, OH  43204
216-515-1650 (fax)                            614-276-8959
bbacon@frantzward.com                         614-276-9132 (fax)
                                              mcopp@copplawohio.com
Attorney for Defendant, Unum Life
Insurance Company of America                  Attorney for Plaintiff, Veronica Roederer