### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **VERONICA ROEDERER** | : | Case No.: 2:14CV1536 |
| 12297 Cleo Road | : | |
| Orient, OH  43146 | : | Judge: Watson |
| | : | |
| Plaintiff, | : | Magistrate: Kemp |
| | : | |
| vs. | : | |
| | : | |
| **UNUM LIFE INSURANCE COMPANY** | : | |
| **OF AMERICA** | : | |
| c/o Statutory Agent | : | |
| CSC-Lawyers Incorporating Service | : | |
| 50 West Broad Street, Suite 1800 | : | |
| Columbus, OH 43215 | : | |
| | : | |
| and | : | |
| | : | |
| **ALERE HEALTH** | : | |
| **IMPROVEMENT COMPANY** | : | |
| c/o Statutory Agent | : | |
| CSC-Lawyers Incorporating Service | : | |
| 50 West Broad Street, Suite 1800 | : | |
| Columbus, OH 43215 | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Veronica Roederer, by and through counsel, and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), voluntarily dismisses, without prejudice, Defendant Alere Health Improvement

Company ("Alere") as a party to this action.  Alere has not filed an Answer or a Motion for

Summary Judgment, and thus dismissal under Rule 41(a)(1)(A)(i) is proper.

1

Respectfully submitted,


_Matthew R Copp_
**MATTHEW R. COPP (0063287) – Trial Attorney**
Copp Law Offices
2291 Scioto Harper Drive
Columbus, OH   43204
614-276-8959
614-276-9132 (fax)
mcopp@copplawohio.com
Attorney for Plaintiff, Veronica Roederer